# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ACIE SMITH**                                                                                  **PETITIONER**

v.                                          No. 4:20-cv-480-DPM

**STATE OF ARKANSAS and**
**JEFFERSON COUNTY**                                                          **RESPONDENTS**

## ORDER

Smith hasn't responded to Magistrate Judge Harris's recommendation; instead, his mail is now being returned undelivered. *Doc. 5*. The Court adopts the unopposed recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Smith's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 October 2020