# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ACIE SMITH                                                     PETITIONER

v.                              No. 4:20-cv-480-DPM

STATE OF ARKANSAS and
JEFFERSON COUNTY                                          RESPONDENTS

## JUDGMENT

Smith's petition is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

5 October 2020